# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/19/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:  CR03-00367DAE

CASE NAME:  USA v. (02) Randall Spear
              (03) Brian Remhild
              (05) Paul Sullivan

ATTYS FOR PLA:  Chris Thomas

ATTYS FOR DEFT:  (02) Michael Green
                 (03) Michael Park
                 (05) Paul Cunney

INTERPRETER:

JUDGE:  Kevin S. C. Chang          REPORTER:  FTR C5

DATE:  12/19/2005                  TIME:  10:17:40-10:22am

COURT ACTION:  EP: Final Pretrial Conference - presence waived as to defendants 02 and 05.

Mr. Thomas reported that a tentative plea has been worked out and a plea date will be scheduled as to defendant 03.

As to defendant 02, defendant has received a proposed plea agreement and counsel are in discussions

As to defendant 05, there is an offer on the table which will be discussed with the client

Final Pretrial Conference continued to 12/27/05 at 10:00am before Judge Chang

cc: Michael Park, via e-mail

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Randall Spear10,sa.wpd