# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/27/2005 4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR03-00367DAE |
| CASE NAME: | USA v. (02) Randall Spear |
| | (05) Paul Sullivan |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | (02) Michael Green |
| | (05) Paul Cunney |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 12/27/2005 | TIME: | 2:54:55-3:03:45pm |

COURT ACTION: EP: Final Pretrial Conference as to defendants 02 and 05 - presence waived as to defendants 02 and 05

Per Mr. Green, defendant 02 has received a new plea agreement and will let the government know if the plea is acceptable

Final Pretrial Conference held as to defendant 05

## CRIMINAL FINAL PRETRIAL CONFERENCE

Jury Trial before Judge David Alan Ezra on January 10, 2006 at 9:00.a.m..

Representations by counsel on trial time:
The United States: 3 days, case in chief

Defendant: (05) Paul Sullivan 4 - 5 days total trial time

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants:

1. Fed. R. Evid. 404(b) : December 30, 2005
2. a. Motions in Limine filed and served by :December 30, 2005.

       b.    Memoranda in opposition to motions in limine filed and served by: January 4, 2006.
3. <u>Brady and Giglio Material</u> by: December 30, 2005
4.   a.    Jury Instructions exchanged by December 30, 2005.
      d.    Filings required by 4(b) & (c) by: January 4, 2006.
5. Witness Lists per stipulation by January 3, 2006.
6. <u>Exhibits</u>
      a.    Parties will exchange exhibits.
      b.    Original exhibits tabbed and in folders/binders, copy in folders/binders.
7. <u>Stipulations</u>: In writing and filed by January 4, 2006.
8. <u>Voir Dire Questions</u>: In writing by January 4, 2006.
9. <u>Trial Briefs</u>: by January 4, 2006.
10. <u>Jencks Disclosures</u> to be introduced pursuant to the statute per the government
11. <u>Other Matters</u>:
12. N/A


Submitted by: Shari Afuso, Courtroom Manager




CR03-367DAE
USA v. (02) Randall Spear, et al.
**CRIMINAL FINAL PRETRIAL CONFERENCE**
12/27/2005

G:\docs\snm\Randall Spear11,sa.wpd