# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/24/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 03-00367DAE |
| CASE NAME: | USA vs. (02) RANDALL SPEAR |
| | USA vs. (05) PAUL SULLIVAN |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 4/24/2006 | TIME: | |

COURT ACTION:  EO:  Parties are in agreement to continue the trial date. New trial date given.

Jury Selection/Trial is continued to 9:00 6/6/06, DAE.

Time excluded from 5/16/06 thru 6/6/06 from the requirements of the Speedy Trial Act. Stipulation Continuing Trial and Order Excluding Time to be submitted.

Submitted by: Warren N. Nakamura, Courtroom Manager

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR NO. 03-00367DAE

CASE NAME: USA vs. (02) RANDALL SPEAR
USA vs. (05) PAUL SULLIVAN

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi        REPORTER:

DATE: 4/24/2006                   TIME:

COURT ACTION: EO: Parties are in agreement to continue the trial date. New trial date given.

Jury Selection/Trial is continued to 9:00 6/6/06, DAE.

Time excluded from 5/16/06 thru 6/6/06 from the requirements of the Speedy Trial Act. Stipulation Continuing Trial and Order Excluding Time to be submitted.

Submitted by: Warren N. Nakamura, Courtroom Manager

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR NO. 03-00367DAE

CASE NAME:       USA vs. (02) RANDALL SPEAR
                 USA vs. (05) PAUL SULLIVAN

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   Leslie E. Kobayashi         REPORTER:

DATE:    4/24/2006                   TIME:

---

COURT ACTION:  EO:  Parties are in agreement to continue the trial date. New trial date given.

Jury Selection/Trial is continued to 9:00 6/6/06, DAE.

Time excluded from 5/16/06 thru 6/6/06 from the requirements of the Speedy Trial Act. Stipulation Continuing Trial and Order Excluding Time to be submitted.

Submitted by: Warren N. Nakamura, Courtroom Manager