ORIGINAL

MICHAEL JAY GREEN,   4451
345 Queen Street
Second Floor
Honolulu, Hawaii 96813
Telephone:  (808) 521-3336

Attorney for Defendant
RANDALL SPEAR



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 4 2006

at  8 o'clock and  3 2/2 min.  K  M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO.  03-00367-02 DAE |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF PRETRIAL |
| vs. | RELEASE; ORDER; CERTIFICATE OF SERVICE |
| RANDALL SPEAR,      (02) a.k.a. "Randall Foster", | |
| Defendant. | |

STIPULATION TO
MODIFY CONDITIONS OF PRETRIAL RELEASE

The UNITED STATES OF AMERICA, through CHRIS A. THOMAS,

Assistant United States Attorney, and Defendant RANDALL SPEAR, by and

through his attorney, MICHAEL JAY GREEN, hereby Stipulate and Agree to

modify Defendant's pretrial release as follows:

That condition (7j) of the Order Setting Conditions of Release, regarding

Defendant's living arrangement, be deleted in its entirety and be replaced with the

following condition:

"Defendant be permitted to maintain a place of residence at the discretion of

Pretrial Services".

All other terms and conditions of pretrial release shall remain the same.


DATED: Honolulu, Hawaii, _____May 2_____, 2006.


_____          _____
TONY BARRY                       MICHAEL JAY GREEN
U.S. PRETRIAL SERVICES           Attorney for Defendant
                                 RANDALL SPEAR

                                 _____
                                 CHRIS A. THOMAS
                                 Assistant United States Attorney




APPROVED AND SO ORDERED:


_____
JUDGE OF THE ABOVE-ENTITLED COURT


2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  03-00367-02 DAE |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| RANDALL SPEAR,    (02) | ) | |
| a.k.a. "Randall Foster", | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served by HAND DELIVERY to the parties identified below at their last known address on the date herein indicated.

CHRIS A. THOMAS, ESQ.
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Attorney for the Plaintiff

3

TONY BARRY
U.S. PRETRIAL SERVICES
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, _____ May 2 _____, 2006.


MICHAEL JAY GREEN
Attorney for Defendant
RANDALL SPEAR