RECEIVED

LAW OFFICES OF MICHAEL JAY GREEN
345 Queen Street
Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336

'06 MAY -2 A10:48

## LETTER OF TRANSMITTAL

**DATE:**   May 2, 2006

**TO:**     Tony Barry
            US Pretrial Services
            300 Ala Moana Boulevard, Room 7-222
            Honolulu, Hawaii 96850

**FROM:**   ANGIE MAU for MICHAEL JAY GREEN

**RE:**     USA vs. Randall Spear
            Cr. No. 03-00367-02 DAE

---

( ) For your information          ( ) Per your request
( ) For signature & return        ( ) Per our conversation
( ) For signature & forwarding    ( ) For necessary action
    as noted below                ( ) For review & comment
(X) For Judges signature & Filing ( ) For payment
( ) For recordation               ( ) See remarks below
( ) For your approval             ( ) For your files

---

**REMARKS:**

Pursuant to our conversation of this morning, please find enclosed original + 5 copies of the following:

Stipulation to Modify Conditions of Pretrial Release; Order; Certificate of Service

*Thank you!* ☺