IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00367-02 DAE |
| ) | |
| Plaintiff, ) | ACCEPTANCE OF PLEA OF GUILTY, |
| vs. ) | ADJUDICATION OF GUILT AND |
| ) | NOTICE |
| RANDALL SPEAR, (02) ) | OF SENTENCING |
| aka "Randall Foster," ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT AND
<u>NOTICE OF SENTENCING</u>

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count 1 of the Indictment is now Accepted and the Defendant is Adjudged Guilty of such offense(s).  All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 17, 2006.

_____
David Alan Ezra
United States District Judge

GUILTY.ACP