



MICHAEL JAY GREEN 4451
345 Queen Street, Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336

Attorney for Defendant
RANDALL SPEAR

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-0367-02 DAE |
| | ) | |
| Plaintiff, | ) | DEFENDANT RANDALL SPEAR'S |
| | ) | SENTENCING STATEMENT; |
| v. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| RANDALL SPEAR, | ) | |
| aka "Randall Foster," | ) | DATE:   August 27, 2007 |
| | ) | TIME:   11:15 A.M. |
| Defendant. | ) | JUDGE:  HON. DAVID ALAN EZRA |
| | ) | |

## DEFENDANT RANDALL SPEAR'S SENTENCING STATEMENT

Comes now, Defendant, Randall Spear, by and through his attorney, Michael Jay Green, and hereby states that he has received and reviewed the "Presentence Report" and Defendant has no objections or changes.

DATED: Honolulu, Hawaii, ____JUL 1 0 2007____, 2007.

MICHAEL JAY GREEN
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served by HAND DELIVERY or UNITED STATES MAIL, postage prepaid to the parties identified below at their last known address on the date herein indicated:

CHRIS THOMAS, ESQ.
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

Attorney for Plaintiff

MONA GODINET
United States Probation Officer
300 Ala Moana Blvd., Room 2-215
Honolulu, Hawaii 96850-0001

DATED: Honolulu, Hawaii    JUL 10 2007    , 2007.

MICHAEL JAY GREEN
Attorney For Defendant
RANDALL SPEAR