ORIGINAL

MICHAEL JAY GREEN, 4451
345 Queen Street
Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336

Attorney for Defendant
RANDALL SPEAR

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 18 2007

at \_\_\_ o'clock and \_\_\_ min. \_\_\_ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-0367-02 DAE |
| | ) | |
| Plaintiff, | ) | ADDENDUM TO DEFENDANT |
| | ) | RANDALL SPEAR'S |
| vs. | ) | SENTENCING STATEMENT; |
| | ) | DECLARATION OF RANDALL |
| RANDALL SPEAR, | ) | SPEAR; CERTIFICATE OF |
| aka "Randall Foster," | ) | SERVICE |
| | ) | |
| Defendant. | ) | |
| | ) | |

ADDENDUM TO DEFENDANT RANDALL SPEAR'S SENTENCING
STATEMENT

At the time of the proposed Presentence report the defendant, through his attorney, had no objections, additions or corrections to the proposed report. Since the filing of the Defendant's Sentencing Statement, there has been a change in circumstances which require the addendum to be filed.

The Defendant has the following addition to the Proposed Presentence Report

in the above-captioned matter:

At the time of the completion of the report, the defendant's infant daughter, Cessna Spear, who is currently 5 years old, was residing with the Defendant and her mother, Angelique Weed. Each of the parents were providing care to Cessna and sharing in the responsibilities of raising their daughter.

As of the third week of May 2007, the childs mother, Angelique Weed, left the State of Hawaii and for all practical purposes has abandoned her daughter. Ms. Weed has not been in contact with the Defendant or her daughter since she left Hawaii except for one phone call during the first week of June 2007.

It is the defendants good faith belief that the childs mother may have involved herself in criminal activity which includes the theft of monies she was required to deposit as an employee of the Defendant at a restaurant he owns, known as Arnonld's Beach Bar and Grill.

Attached is a declaration of the Defendant attesting to the facts and circumstances regarding the disappearance of Angelique Weed and the missing deposits from the Defendants restaurant.

As of the date of this addendum, the defendant is the sole parent and provider for his daughter.

DATED: Honolulu, Hawaii, _____July 18_____, 2007.

_____
MICHAEL JAY GREEN
Attorney for Defendant
RANDALL SPEAR

UNITED STATES OF AMERICA v. RANDALL SPEAR CR. No. 03-00367 DAE; Addendum to Defendant Randall Spear's Sentencing Statement; Declaration of Randall Spear; Certificate of Service

3