UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00367 DAE |
| | ) | |
| Plaintiff, | ) | DECLARATION OF |
| | ) | RANDALL SPEAR |
| vs. | ) | |
| | ) | |
| RANDALL SPEAR, | ) | |
| aka "Randall Foster," | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## DECLARATION OF RANDALL SPEAR

I, RANDALL SPEAR, declare as follows:

1. I am the Defendant herein, am over the age of eighteen years and am competent to testify as to the matters set forth herein.

2. I am currently a resident of the State of Hawaii and am the father of Cessna Spear, who is currently 5 years of age.

3. Since her birth Cessna Spear has been in the care and custody of both myself and her mother, Angelique Weed.

4. In May 2007, Angelique Weed, to the best of my knowledge, has left the State of Hawaii and her whereabouts remain unknown.

5. I am the owner of a restaurant called Arnold's Beach Bar and Grill

located at 339 Saratoga Road.

5. Between June 4, 2007 and June 13, 2007 a deposit into the restaurant account in the amount of $17,500.00 was to be made by Angelique Weed, who at the time, was an employee of Arnold's Beach Bar and Grill.

6. To this date the whereabouts of Ms. Weed and the deposit monies in the amount of $17,500.00 remain unknown.

7. It is my belief that Ms. Weed has abandoned both myself and her daughter as we have not heard from her since the first week of June 2007.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, _____July 18_____, 2007.


_____
RANDALL SPEAR