IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00367 DAE |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| RANDALL SPEAR, | ) | |
| aka "Randall Foster," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served by HAND DELIVERY to the parties identified below at their last known address on the date herein indicated.

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Attorney for the Plaintiff

MONA GODINET
U.S. Probation Officer
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, _____July 18_____, 2007.

_____
MICHAEL JAY GREEN
Attorney for Defendant
RANDALL SPEAR

UNITED STATES OF AMERICA v. RANDALL SPEAR CR. No. 03-00367 DAE; Addendum to Defendant Randall Spear's Sentencing Statement; Declaration of Randall Spear; Certificate of Service

7