MICHAEL JAY GREEN  4451
345 Queen Street, Second Floor
Honolulu, Hawaii  96813
Telephone: (808) 521-3336

Attorney For Defendant
RANDALL SPEAR

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

LODGED

DEC 1 2 2007

DEC 11 2007

at ___ o'clock and ___ min. ___ M CLERK, U.S. DISTRICT COURT
SUE BEITIA, CLERK
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>RANDALL SPEAR,<br> aka 'RANDALL FOSTER',<br><br>   Defendant. | CR. NO.  03-00367 DAE<br><br>STIPULATION AND ORDER TO PERMIT DEFENDANT RANDALL SPEAR TO TRAVEL ; EXHIBIT 'A'; CERTIFICATE OF SERVICE |

STIPULATION TO PERMIT DEFENDANT
RANDALL SPEAR TO TRAVEL

The UNITED STATES OF AMERICA, through CHRIS THOMAS,
Assistant United States Attorney, and Defendant RANDALL SPEAR, by and
through his attorney, MICHAEL JAY GREEN, hereby Stipulate and Agree to the
following:

Defendant is permitted to travel to the following states: California, Texas,
Washington, and Alaska.

•    From December 14, 2007 through December 18, 2007, while in
Anaheim, California,  Mr. Spear will be staying at the Holiday Inn Anaheim

Resort Area, 1915 S. Manchester Avenue, Anaheim, California, 92802; Telephone (714) 748-7777.

- From December 18, 2007 through December 20, 2007, Mr. Spear will be staying at the Holiday Inn San Diego Old Town, 3900 Old Town Avenue, San Diego, California, 92110; Telephone (619) 299-7400.

- From December 20, 2007 through December 21, 2007, Mr. Spear will be staying at the Holiday Inn Houston International East, 7014 Will Clayton Parkway, Humble, Texas, 77338; Telephone (218) 359-2700.

- From December 21, 2007 through December 23, 2007, Mr. Spear will be staying with Glen Holland, who resides at 4900 Elm Grove Road, Balton, Texas, 96513; Telephone (254) 760-2999.

- From December 23, 2007 through December 26, 2007, Mr. Spear will be staying at the Prospector Hotel, 375 Whittier Street, Juneau, Alaska, 99801; Telephone (907) 586-3737.

- From December 26, 2007 through December 28, 2007, Mr. Spear will be staying at the Alyeska Resort, 1000 Arlberg Avenue, Girdwood, Alaska, 99587; Telephone (907) 754-1111.

- From December 28, 2007 through December 29, 2007, Mr. Spear will be staying at the Sheraton Anchorage, 401 East 6th Avenue, Anchorage, Alaska, 99501; Telephone (907) 276-8700.

- From December 29, 2007 through December 30, 2007, Mr. Spear will be staying at the Captain Bartlett Inn Hotel Fairbanks, 1411 Airport Way, Fairbanks, Alaska, 99701; Telephone (907) 452-1888.

- From December 30, 2007 through December 31, 2007, Mr. Spear will be staying at the Chena Hot Springs Ice Hotel, P.O. Box 58740, Fairbanks Alaska,

99711; Telephone (907) 451-8104.

Defendant agrees to comply with any and all conditions imposed by pretrial services.

Defendant shall also be reachable at the following cellular telephone number during the duration of his travel: (808) 221-5554.

DATED: Honolulu, Hawaii, _____, 2007.

_____
MICHAEL JAY GREEN
Attorney for Defendant
RANDALL SPEAR

_____
CHRIS THOMAS
Assistant United States Attorney

_____
ANTHONY BARRY
Pretrial Services

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

USA vs. RANDALL SPEAR; CR. NO. 03-00367 DAE; STIPULATION TO PERMIT DEFENDANT RANDALL SPEAR TO TRAVEL; EXHIBIT 'A'; CERTIFICATE OF SERVICE.