# Randall Spear's Travel Itinerary
## Dec 14-31, 2007
### Cell Phone: 808-221-5554

| | | | | | |
|---|---|---|---|---|---|
| 14DEC | ATA#4754 | Honolulu | 2:10pm | | |
| | | Los Angeles | 9:30pm | | |
| | 14-18DEC | Anaheim, CA | Holiday Inn | 714-748-7777 | |
| | 18-20DEC | San Diego, CA | Holiday Inn | 619-299-7400 | |
| 20DEC | USAIR#685 | San Diego | 9:45am | | |
| | | Phoenix | 12:01pm | | |
| | USAIR#273 | Phoenix | 1:17pm | | |
| | | Houston | 5:01pm | | |
| | 20-21DEC | Humble, TX | Holiday Inn | 281-359-2700 | |
| | 21-23DEC | Belton, TX | resid: Glen Holland | 254-760-2999 | |
| 23DEC | Alaska Air#813 | Dallas FW | 3:01pm | | |
| | | Seattle | 5:10pm | | |
| | Alaska Air#69 | Seattle | 7:00pm | 1-stop | |
| | | Juneau | 9:47pm | | |
| | 23-26DEC | Juneau, AK | Prospector Hotel | 907-586-3737 | |
| 26DEC | Alaska Air#65 | Juneau | 12:44pm | | |
| | | Anchorage | 2:30pm | | |
| | 26-28DEC | Girdwood, AK | Alyeska Resort | 907-754-1111 | |
| | 28-29DEC | Anchorage, AK | Sheraton Anchorage | 907-278-8700 | |
| 29DEC | Alaska Railroad | Anchorage | 8:30am | | |
| | Aurora Train | Fairbanks | 7:45pm | | |
| | 29-30DEC | Fairbanks, AK | Capt Bartlett Inn | 907-452-1888 | |
| | 30-31DEC | Chena Hot Springs, AK | Ice Hotel | 907-451-8104 | |
| 31DEC | Alaska Air#184 | Fairbanks | 12:42pm | | |
| | | Anchorage | 1:47pm | | |
| | Alaska Air#870 | Anchorage | 3:20pm | | |
| | | Honolulu | 8:40pm | | |

**EXHIBIT A**