IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00367 DAE |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| RANDALL SPEAR, | ) | |
| aka 'RANDALL FOSTER', | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was duly served upon the following party via U.S. Mail, postage prepaid or hand-delivery this the _____ day of _____, 2007.

      CHRIS THOMAS
      ASSISTANT US ATTORNEY
      6100 PJKK Federal Bldg.
      300 Ala Moana Boulevard
      Honolulu, Hawaii 96850

      ANTHONY BERRY
      PRETRIAL SERVICES
      PJKK Federal Building, Room7-222
      300 Ala Moana Boulevard
      Honolulu, Hawaii 96850

DATED:    Honolulu, Hawaii, _____, 2007.

                                            MICHAEL JAY GREEN
                                            Attorney For Defendant