AO 245B  (Rev. 6/05) Judgment in a Criminal Case   CC'd Financial
Sheet 2 - Imprisonment

CASE NUMBER: 1:03CR00367-002 DAE          Judgment - Page 2 of 6
DEFENDANT: RANDALL SPEAR aka "Randall Foster"

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **48 MONTHS and ONE DAY**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 24 2008

at ___ o'clock and 60 min P M.
SUE BEITIA, CLERK

[✓] The court makes the following recommendations to the Bureau of Prisons:
Prison Camp at Sheridan, OR or Taft, CA. Educational opportunities and Vocational training.
500 hour drug treatment program. Alcohol treatment.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
   [ ] at ___ on ___.
   [ ] as notified by the United States Marshal.

[✓] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [✓] before 2:00pm, local time on 1/7/2008.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on 1-7-08 to TAF SCP

at Taft, CA , with a certified copy of this judgment.

Nail H. Adler, Warden
UNITED STATES MARSHAL

By Heidi D Jordan, recvd
Deputy U.S. Marshal